**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

ELLIS DAVON DUDLEY, II,

        Plaintiff,

        -v-                        5:25-CV-974 (AJB/ML)

NEW YORK STATE DEPARTMENT
OF HEALTH HUMAN AND SOCIAL
SERVICES,

        Defendant.

---

**APPEARANCES:**                       **OF COUNSEL:**

ELLIS DAVON DUDLEY, II
Plaintiff, Pro Se
225 Allen Street
Syracuse, NY 13210

**Hon. Anthony Brindisi, U.S. District Judge:**

## ORDER ON REPORT & RECOMMENDATION

On July 23, 2025, *pro se* plaintiff Ellis Davon Dudley, II ("plaintiff") filed this civil action against defendant New York State Department of Health, Human, and Social Services ("defendant") alleging that the suspension of his driver's license for unpaid child support violated his civil rights.  *See* Dkt. No. 1.  Along with his complaint, plaintiff also moved for leave to proceed *in forma pauperis* ("IFP Application").  Dkt. Nos. 2, 7.

On May 13, 2026, U.S. Magistrate Judge Miroslav Lovric granted plaintiff's IFP Application and, after conducting an initial review of the pleading, advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed without leave to amend.  Dkt. No. 8.  As Judge Lovric explained, the named defendant—a state agency—was entitled to Eleventh Amendment

immunity.  *Id*.  But even accounting for plaintiff's *pro se* status and considering the underlying factual allegations, various jurisdictional doctrines barred this Court from second-guessing the state-court determinations about child custody and support about which plaintiff complained.  *See id*.  And because the impact of these doctrines could not be avoided with better fact pleading, Judge Lovric recommended dismissal without leave to amend.  *Id*.

Plaintiff has not lodged objections, and the time period in which to do so has expired.  *See* Dkt. No. 8.  Upon review for clear error, the R&R is accepted and will be adopted.  *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1.  The Report & Recommendation (Dkt. No. 8) is ACCEPTED; and

2.  Plaintiff's complaint (Dkt. No. 1) is DISMISSED without leave to amend.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated:  June 10, 2026
      Utica, New York.

Anthony J. Brindisi
U.S. District Judge